KEITH H. RUTMAN, CSB #144175
Attorney at Law
402 West Broadway, Ste. 2010
San Diego, California 92101-8516
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Defendant
ROSARIO ASTORGA-ESPINOZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Michael M. Anello)

| UNITED STATES OF AMERICA, | ) | Case No. 09-CR-902-2-MMA |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF KEITH H. RUTMAN IN SUPPORT OF EX PARTE MOTION FOR ORDER ALLOWING INTERIM BILLING BY CJA COUNSEL |
| v. | ) | |
| ROSARIO ASTORGA-ESPINOZA, et. al., | ) | |
| Defendants. | ) | |

I, KEITH H. RUTMAN hereby declare under penalty of perjury that:

I am counsel appointed pursuant to the Criminal Justice Act to represent the accused, ROSARIO ASTORGA-ESPINOZA, in the above-captioned case.

I make this declaration in support of my request for an order authorizing one (1) interim payment of attorneys fees, with the balance to be billed after the sentencing hearing. The reason for this request is due to the extended nature of the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 12, 2010 at San Diego, California.

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
ROSARIO ASTORGA-ESPINOZA
Email: krutman@krutmanlaw.com

1